UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE OPTICAL DISK DRIVE ANTITRUST LITIGATION<br><br>_____<br><br>This document relates to:<br><br>ALL DIRECT PURCHASER AND INDIRECT PURCHASER ACTIONS | CASE NO. 3:10-MD-02143 RS<br><br>MDL NO. 2143<br><br>[~~PROPOSED~~] **REVISED OMNIBUS ORDER GRANTING JOINT ADMINISTRATIVE MOTION OF CERTAIN PARTIES AND NON-PARTIES TO FILE UNDER SEAL CONFIDENTIAL MATERIALS FILED IN CONNECTION WITH CLASS CERTIFICATION BRIEFS** |

This matter comes before the Court on the Joint Administrative Motion of Certain Parties and Non-Parties to File Under Seal Confidential Materials Filed in Connection with Class Certification Briefs ("Joint Motion to Seal").  (Dkt. 1222.)  The Joint Motion to Seal was filed by Defendants, certain Direct Action Plaintiffs and various non-parties in accordance with the Stipulation and Order Regarding Administrative Motions to Seal Materials Filed With Class Certification Briefs (Dkt. 1021).  The [Proposed] Omnibus Sealing Order submitted with the Joint Motion to Seal encompassed the proposed sealing requests related to each of the administrative motions to seal filed in connection with the Direct and Indirect Purchaser Plaintiffs' Motions for Class Certification.  (*See* Dkts. 877, 881, 895, 922, 1222.)

As set forth in the Order Denying Motions for Class Certification, the Court finds that the Defendants, Direct Action Plaintiffs and non-parties have "made the minimal redactions necessary to protect qualifying confidential information."  (Dkt. 1444 n.11.)  Accordingly, the Joint Motion to Seal is hereby GRANTED and the materials identified in Attachment A to this Order shall be sealed.[1]  To the extent any party believes that revised redactions may be necessary for the public version of any document referenced in Attachment A that it previously filed, it may re-file such document with the sealed portions redacted consistent with this Order.

**IT IS SO ORDERED.**

DATED: 4/15/15

_____
Hon. Richard Seeborg
United States District Judge

---

[1] Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs have indicated that they have no objections as to the form of this Order, but have asked that their signatures be removed because they continue to object to the substance of the Court's prior ruling.

| | | |
|---|---|---|
| 1 | Approved as to form: | |
| 2 | DATED: April 6, 2015 | LATHAM & WATKINS LLP |
| 3 | | /s/ Belinda S Lee |
| 4 | | BELINDA S LEE |
| 5 | | Belinda S Lee (SBN 199635) |
| 6 | | 505 Montgomery Street, Suite 2000 |
|   | | San Francisco, CA 94111 |
| 7 | | Telephone: (415) 395-8240 |
|   | | Facsimile: (415) 395-8095 |
| 8 | | belinda.lee@lw.com |
| 9 | | Attorneys for Defendant Toshiba Samsung Storage |
| 10 | | Technology Korea Corporation, and Liaison Counsel for Defendants |
| 11 | | |
| 12 | | |
| 13 | DATED: April 6, 2015 | ALSTON & BIRD LLP |
| 14 | | By   /s/ Rodney J. Ganske |
|    | | RODNEY J. GANSKE |
| 15 | | |
| 16 | | Rodney J. Ganske (SBN 283819) |
|    | | Michael P. Kenny |
| 17 | | Debra D. Bernstein |
|    | | Andrew J. Tuck |
| 18 | | 1201 W. Peachtree Street NW |
|    | | Atlanta, Georgia 30309 |
| 19 | | Telephone: (404) 881-7000 |
|    | | Facsimile: (404) 881-7777 |
| 20 | | rod.ganske@alston.com |
|    | | mike.kenny@alston.com |
| 21 | | debra.bernstein@alston.com |
| 22 | | andy.tuck@alston.com |
| 23 | | KERR & WAGSTAFFE LLP |
|    | | James M. Wagstaffe (SBN 95535) |
| 24 | | 100 Spear Street, 18th Floor |
|    | | San Francisco, CA 94105-1576 |
| 25 | | Telephone: (415) 371-8500 |
|    | | Facsimile: (415) 371-0500 |
| 26 | | wagstaffe@kerrwagstaffe.com |
| 27 | | |
| 28 | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        Attorney for Plaintiffs Dell Inc. and Dell Products L.P., and Liaison Counsel for Direct Action Plaintiffs

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.